DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PETER J. GOULD,

Appellant,

v.

SHEREE. A. PETROPLUS, as personal representative of the Estate of
James A. Evangelist, deceased,

Appellee.

No. 2D2023-0540
————————————————

May 3, 2024

Appeal from the Circuit Court for Sarasota County; Charles E. Williams,
Judge.

Peter J. Gould, pro se.

John S. Jaffer of John S. Jaffer, Attorney at Law, and Andrew W. Rosin
of Law Office of Andrew W. Rosin, P.A., Sarasota, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.